IN THE COUNTY COURT
OF THE 6th JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
SMALL CLAIMS

JOSEPH FORLIZZO

    **PLAINTIFF**

V.                                        CASE NO. 14-3478-SCNPC

ALLIED INTERSTATE, LLC.

    **DEFENDANT**

## PLAINTIFF JOSEPH FORLIZZO'S
## NOTICE OF SERVICE OF FIRST SET OF INTERROGATORIES

Plaintiff, Joseph Forlizzo, pursuant to Florida Rules of Civil Procedure and propounds Plaintiff's First Set of Interrogatories upon the Defendant requesting and requiring that said Responses be provided, in writing, or objected to, within the time and manner prescribed by law in accordance with the applicable Rules of Civil Procedure.

RESPECTFULLY,

JOSEPH FORLIZZO

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished by U.S. Mail, this 27 th day of MAY, 2014, TO CT CORPORATION SYSTEM, 1200 SOUTH PINE ISLAND ROAD, PLANTATION, FLORIDA, 33324, REGISTERED AGENT FOR ALLIED INTERSTATE LLC

JOSEPH FORLIZZO

1

Prepared with Assistance of Counsel

IN THE COUNTY COURT
OF THE 6th JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
SMALL CLAIMS

JOSEPH FORLIZZO

**PLAINTIFF**

v.                                      CASE NO. 14-3478-SCNPC

ALLIED INTERSTATE, LLC.

**DEFENDANT**
_____/

## PLAINTIFF'S FIRST SET OF INTERROGATORIES

Please find below Plaintiffs first interrogatories to defendant which are made in good faith and reasonably calculated to lead to admissible evidence should this case proceed to trial.

You are required to answer each and every question under oath.  Failure to comply will result in your answers being stricken and all objections being waived.  <u>Be advised that if you are the attorney for the Defendant and you answer these questions under oath, you will be subject to cross examination.</u>

1. Please state your name, occupation and address.

Response:

2. What is your supervisor's name and address?

Response:

3. List the names and addresses of each individual who advised or instructed you in answering these questions.

Response:

4. Is your response to each request for admission served with these interrogatories an unqualified admission?  If not, for each response that is not an unqualified admission:

(a) state the number of the request;
(b) state all facts upon which you base your response;
(c) state the names, ADDRESSES, and telephone number of all PERSONS who have knowledge of those facts; and

(d) identify all DOCUMENTS and other tangible things that support your response and state the name, ADDRESS, and telephone number of the PERSON who has each DOCUMENT or thing.

Response:

5. On what date was the disputed account opened?

Response:

6. On what date was the last transaction posted?

Response:

7. How many times were the account terms and services or agreement amended and notification made to the plaintiff?

Response:

8. List each date that the account agreement was amended and describe the manner in which the Plaintiff received notification.

Response:

9. What is the exact language of the default terms and conditions from each of the amended versions of the agreement?

Response:

10. What is the exact language of the payment terms, including interest rate, and conditions from each of the amended versions of the agreement?

Response:

11. What was the opening credit limit of the disputed account?

Response:

12. List the dates and amounts for each time the credit limit was amended.

Response:

13. How was the opening balance or credit limit deposited into the disputed credit account?

Response:

14. Identify the account number from which the opening account balance or credit limit was debited or transferred for use in the credit account.

Response:

15. How much money has the Defendant been paid by the Plaintiff since the account was opened?

Response:

16. How much money has the Defendant paid to merchants from whom Plaintiff made purchases since the account was opened?

Response:

17. Identify each witness, whether expert or otherwise, you intend to call at trial. For each witness state: <u>Note: This interrogatory Answer shall be prepared and separately signed by each expert as required by the rules.</u>

    (a) The witness's name, address, and occupation;

    (b) The name and address of the firm employing the expert, if any;

    (c) The expert's area of expertise;

    (d) Subject matter upon which the witness is expected to testify;

    (e) Opinions and conclusions expected to be rendered by said witness; and

    (f) The grounds upon which said opinions and conclusions are based.

Response:

18. Which specific terms of the purported credit agreement do you allege that the Plaintiff breached which created this alleged debt?

Response:

19. State with specificity the terms of all agreements you entered into with Plaintiff, including loan agreements, and for each provide:

    (a) The names and legal addresses of all persons present at the signing of any such agreement;

    (b) The names and locations of all persons possessing the loan documents;

    (c) The origination of the disputed account;

    (d) The names and locations of all institutions from which funds were drawn in originating the loan, or extending credit.

Response:

## END OF INTERROGATORIES

ANSWERS and RESPONSES dated this _____ day of _____, _____.

_____
Witness for the Plaintiff

STATE OF _____   )
                      )   ss
COUNTY OF _____     )

    Subscribed and sworn to before me a notary public this ___ day of _____, _____.

_____

5/27/14

IN THE COUNTY COURT
OF THE 6th JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
SMALL CLAIMS

JOSEPH FORLIZZO

    **PLAINTIFF**

V.                                                 CASE NO. 14-3478-SCNPC

ALLIED INTERSTATE, LLC.

    **DEFENDANT**

## PLAINTIFF'S REQUEST FOR ADMISSION TO THE DEFENDANT

NOTICE IS HEREBY GIVEN to the plaintiff that each of the following requests for admission must either be admitted or denied within the time and in the manner required by the rules. Be advised that if you are the attorney for the plaintiff and you answer these questions under oath, you will be subject to cross examination and waive the attorney client privilege.

Plaintiff requests that the Defendant answer fully and in writing each of the following Requests for Admission and serve said answers at Plaintiff's mailing address within thirty (30) days of the date of service. FAILURE TO ANSWER THESE REQUESTS FOR ADMISSIONS WITHIN THIRTY (30) DAYS AFTER SERVICE SHALL RESULT IN THEIR ADMISSION FOR THE PURPOSE OF THIS ACTION.

GENERAL PROCEDURE

These Requests for Admission have been served upon you. They are to be answered under oath within thirty (30) days of the date of service in the manner provided by the Civil Rules and Local Rules of the Court in which this matter is filed. THESE REQUESTS FOR ADMISSIONS ARE CONTINUING, AND IN THE EVENT YOU DISCOVER OTHER INFORMATION OR DOCUMENTATION WHICH ALTERS, MODIFIES, DELETES, OR AUGMENTS THE ANSWERS GIVEN NOW OR AT ANY

TIME HEREAFTER, YOU ARE TO PROVIDE SUCH INFORMATION BY SUPPLEMENTAL ANSWERS.

If the response to any of these Requests for Admissions is anything other than an unqualified admission of the facts states in the request, the response shall admit each fact that is true and qualify or deny the remainder of the facts stated in the request. All the facts forming the basis of the denial must be stated in your response. If you cannot admit or deny a fact, you must set forth in detail the reason why you cannot truthfully admit or deny the matter. A lack of information or knowledge may not be used as a response unless you have made a reasonable inquiry and the information known to you is insufficient to enable you to admit or deny the request. If objection is made to any of these requests, the reasons therefore must be specifically stated in the response. If you fail to admit the truth or any matter set forth in these requests, and if the serving party later proves the truth of the matter, you may be liable for reasonable expenses incurred in making that proof, including attorney's fees and legal costs, and other sanctions available under the rules.

## REQUESTS FOR ADMISSIONS

1. Admit or Deny that the Notice and Demand letter dated 2/01/14 and sent to Plaintiff fails to include any evidence that the Plaintiff has any debt owed to Defendant or GE Capital Retail Bank.

Response:

2. Admit or Deny that Plaintiff requested validation of the alleged debt from Defendant on 02/11/2014.

Response:

3. Admit or Deny that Defendant did not validate the alleged debt.

Response:

4. Admit or Deny that Plaintiff asked for Defendant's legal right to collect on the alleged debt.

Response:

5. Admit or Deny that Defendant did not provide any proof to Plaintiff of their legal right to collect on the alleged debt.

Response:

6. Admit or Deny that Defendant did not produce any bonified contract or agreement bearing any bonified signature of the Plaintiff proving that any alleged debt exists.

Response:

7. Admit or Deny that the defendant has provided no evidence of payment to any merchants for alleged purchases made by the Plaintiff.

Response:

### END OF REQUESTS FOR ADMISSION

ANSWERS and RESPONSES dated this _____ day of _____, _____.

_____
Witness for the Plaintiff

STATE OF _____   )
                      )  ss
COUNTY OF _____     )

    Subscribed and sworn to before me a notary public this _____ day of _____, _____.

_____          [ls]
Signature of Notary

I IN THE COUNTY COURT
OF THE 6th JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
SMALL CLAIMS

JOSEPH FORLIZZO

    **PLAINTIFF**

V.                                    CASE NO. 14-3478-SCNPC

ALLIED INTERSTATE, LLC.

    **DEFENDANT**

**PLAINTIFF'S JOSEPH FORLIZZO'S**
**NOTICE OF SERVICE OF FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

    Plaintiff, Joseph Forlizzo, pro se and pursuant to Florida Rules of Civil Procedure and propounds Plaintiff's First Request for Production of Documents upon the Defendant requesting and requiring that said Responses be provided, in writing, or objected to, within the time and manner prescribed by law in accordance with the applicable Rules of Civil Procedure.

RESPECTFULLY,

JOSEPH FORLIZZO

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing has been furnished by U.S. Mail, this 27 th day of MAY, 2014, TO CT CORPORATION SYSTEM, 1200 SOUTH PINE ISLAND ROAD, PLANTATION, FLORIDA, 33324, REGISTERED AGENT FOR ALLIED INTERSTATE LLC

(Signature)

1

Prepared with Assistance of Counsel

IN THE COUNTY COURT
OF THE 6th JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
SMALL CLAIMS

JOSEPH FORLIZZO

    PLAINTIFF

V.                                      CASE NO. 14-3478-SCNPC

ALLIED INTERSTATE, LLC.

    DEFENDANT

**PLAINTIFFS FIRST REQUEST TO PRODUCE TO DEFENDANT**

Plaintiff requests Defendant, Allied Interstate, LLC, to produce copies of the following documents, in accordance with Rule1.350 of the Florida Rules of Civil Procedure, at the Plaintiffs residence: 2755 Curlew rd. #85, Palm Harbor, Florida,34684 within thirty (30) days from the date hereof.

**DOCUMENTS TO BE PRODUCED**

1. Please provide the actual credit card contract upon which your Notice and Demand for payment dated 2/01/2014 is based on. Please evidence proof of the Plaintiff's alleged debt to Defendant or GE Capital Retail Bank, including specifically the alleged contract, between the Plaintiff and Defendant or any other instrument constructed solely for the purpose of creating a loan agreement between the Plaintiff and Defendant bearing Plaintiff's bonified signature and/or please produce the contract that legally requires the Plaintiff to pay the amount entered into with Allied Interstate LLC's Notice and Demand for payment dated 2/01/14.

2. Please provide copies of the amount paid and/or the consideration due for the alleged contract/account.

3. Please furnish reasonable proof, such as an original, or copies of the assignment agreement or assignment agreements, transferring the alleged contract and/or account in question from GE Capital Retail Bank over to Allied Interstate LLC to show an Assignment has been made and that Allied Interstate LLC are the real party of interest.

4. Please provide a copy of the Assignment between Allied Interstate LLC and GE Capital Retail Bank.

5. Please provide the actual credit card contract upon which your Notice and Demand dated 2/01/14 is based on.

6. Please provide the original or copy of the account agreement that states interest rate, grace period, finance charge, assignment, and specifically the State Laws that the agreement and account are governed plus other important facts.

7. Please provide a contract, agreement, assignment, or other means of demonstrating that the Defendant Allied Interstate LLC. has the authority and was legally entitled to collect on the alleged debt.

8. Please Provide an Itemized account of all transactions which created the alleged debt upon which your Notice and Demand dated 02/01/14 is based on.

9. Please provide all copies of manuals, procedures, and protocols used by Defendant regarding communication with GE Capital Retail Bank regarding purchased or assigned debt.

10. Please provide evidence authorization of Defendant to do business, create loans, issue or extend credit, collect debts and/or operate in the State where the Defendant conducts their business.

11. Please evidence authorization of Defendant & Attorney to do business, create loans, issue or extend credit, collect debts and/or operate as a financial business in the State of Florida .

12. Please provide a document or document(s) that proves you did send the Plaintiff notification of assignment of the account or assignment of rights.

13. Please attach any and all notices sent to Plaintiff by Defendant in regards to this account demanding payment.

14. Please attach copies of all statements generated while this alleged account was open with Defendant.

15. Please attach a complete and accurate history of the interest charged on this alleged account with Defendant. Show the exact dates those interest rates charged and list the various rates that were charged during the this debt and the exact method of amortization.

16. Please attach any and all notices sent to Plaintiff by Defendant announcing charges in interest, fees and penalties and/or the terms of the alleged debt.

17. Identify each Credit Reporting Agency (credit bureau) to which the Defendant reported Plaintiff's alleged debt and the dates of each such report.

18. Please provide the original dunning letter that was sent to Plaintiff.

19. Please attach any and all notices sent to Plaintiff by Defendant in regards to account announcing transfer and/or assignment of credit card account from Defendant to any collection agency or collection attorney.

20. Please attach a copy of the agreement with Defendant which grants Allied Interstate LLC. the authority to collect this alleged debt.

Respectfully
submitted,

Joseph
Forlizzo

5/27/14



**Service of Process Transmittal**
06/02/2014
CT Log Number 525064070

TO: Anna Santos
Iqor, Inc.
335 Madison Avenue, 27th fl.
New York, NY 10017

RE: **Process Served in Florida**

FOR: ALLIED INTERSTATE LLC (Domestic State: MN)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | Joseph Forlizzo, Pltf. vs. Allied Interstate, LLC, Dft. |
| DOCUMENT(S) SERVED: | Request, Notice(s), First Set of Interrogatories, First Request |
| COURT/AGENCY: | Pinellas County Circuit Court, FL<br>Case # 143478SCNPC |
| NATURE OF ACTION: | Plaintiff's request for admission to the defendant's hereby served |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Plantation, FL |
| DATE AND HOUR OF SERVICE: | By Certified Mail on 06/02/2014 postmarked: "Illegible" |
| JURISDICTION SERVED: | Florida |
| APPEARANCE OR ANSWER DUE: | Within 21 days after service |
| ATTORNEY(S) / SENDER(S): | Joseph Forlizzo<br>3755 Curlew Road<br>Palm Harbor, FL 34684<br>727-580-2185 |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 06/03/2014, Expected Purge Date: 06/08/2014<br>Image SOP<br>Email Notification, Anna Santos annakarla.santos@iqor.com<br>Email Notification, Kristina Marie Cuenco KristinaMarie.Cuenco@iqor.com<br>Email Notification, Matthew Johnson matthew.johnson@iqor.com |
| SIGNED:<br>PER:<br>ADDRESS:<br><br>TELEPHONE: | C T Corporation System<br>Donna Moch<br>1200 South Pine Island Road<br>Plantation, FL 33324<br>954-473-5503 |

Page 1 of 2 / JN

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



**Service of Process Transmittal**
06/02/2014
CT Log Number 525064070

| | |
|---|---|
| **TO:** | Anna Santos<br>Iqor, Inc.<br>335 Madison Avenue, 27th fl.<br>New York, NY 10017 |
| **RE:** | **Process Served in Florida** |
| **FOR:** | ALLIED INTERSTATE LLC (Domestic State: MN) |

**DOCKET HISTORY:**

| DOCUMENT(S) SERVED: | DATE AND HOUR OF SERVICE: | TO: | CT LOG NUMBER: |
|---|---|---|---|
| Summons/Notice, Statement of Claim, Complaint, Letter(s), Attachment(s) | By Certified Mail on 05/23/2014 postmarked on 05/21/2014 | Anna Santos<br>Iqor, Inc. | 525015114 |

Page 2 of 2 / JN

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

IN THE COUNTY COURT
OF THE 6th JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
SMALL CLAIMS

2755 Curlew Rd
#85
Palm Harbor Fl.
34684



7014 0150 0001 6251 1679

Allied InTerstATe LLC.
c/o Registered Agent
CT Corporation System
1200 South Pine Road
Plantation, Fl. 33324

1

Prepared with Assistance of Counsel

## COUNTY COURT, PINELLAS COUNTY, FLORIDA
## SMALL CLAIMS DIVISION

UCN: _____   Reference No.: __14-3478 SC NPC__

JOSEPH FORLIZZO
_____

VS. *Defendant 1*                    Plaintiff(s)   ~~Defendants~~ Registered Agent
ALLIED INTERSTATE LLC                              CT CORPORATION AGENT
                                                   1200 SOUTH PINE ISLAND
                              Defendant(s)   Address: PLANTATION, Fl. 33324
Address: 335 MADISON AVE. 27TH FLOOR
NEW YORK, N.Y. 10017

### STATEMENT OF CLAIM

Plaintiff(s) sue(s) the Defendant(s) for damages which do not exceed $5,000.00 exclusive of costs, interest and attorney's fee for (check one category below):

☐ **Auto Accident**
☐ **Bad Check** - Select one: ☐ insufficient funds  ☐ stop payment  ☐ other
☐ **Breach of Agreement** - Select one: ☐ oral agreement  ☐ written agreement
   Select one:
   ☐ Goods or merchandise – Select one: ☐ sold by Plaintiff  ☐ received by Plaintiff
   ☐ Money paid for either goods or services not provided
   ☐ Services including materials – Select one: ☐ rendered by Plaintiff  ☐ received by Plaintiff
   ☐ Wages including salary, commission or fees
☐ **Money loaned** - Select one ☐ oral loan  ☐ written loan
☐ **Rent/Property Damage** - Select one ☐ oral lease  ☐ written lease
   Amount claimed for Rent: _____  Amount claimed for Property Damage: _____
☐ **Security Deposit claim**
☑ **Other claim** – Please specify: (FCCPA), Fla. Stat. §559.72(9) AND (FDCPA) 15 U.S.C. § 1692e(2)(A), § 1692

Explain below the details (what happened, dates, times, place, etc) of your claim. This section must be completed.
IN FEB.2013 PLAINTIFF RECEIVED LETTER FROM DEFENDANT STATING THEY WERE COLLECTING A DEBT AND TO MAIL A CHECK FOR $2688.00. PLAINTIFF ASKED FOR VALIDATION AND LEGAL RIGHT TO COLLECT WITH NO RESPONSE FROM DEFENDANT.

☑ Attached is a copy of any written document(s) that is the basis of this claim.

WHEREFORE, the Plaintiff(s) demand judgment in the principal sum of $ __2,000.00__
plus costs in the amount of $ __200.00__
plus interest in the amount of $ _____
plus attorney's fee in the amount of $ _____

*Under penalties of perjury,* I / We declare that I / We have read the foregoing statement of claim, that the facts stated in it are true, and that Defendant(s) is/are not in the military service of the United States.

_____        *Joseph Forlizzo*
Signature of Attorney for Plaintiff(s)   Signature of all Plaintiff(s) or Company Representative
Plaintiff or Attorney Address:           JOSEPH FORLIZZO
2755 CURLEW Rd #85                       Print name of all Plaintiff(s) or Company Representative
PALM HARBOR, FL 34684

                                         Title (if applicable)
Atty Telephone No. _____            Telephone No. 727-580-2158
Atty SPN No. _____



**Service of Process Transmittal**
05/23/2014
CT Log Number 525015114

**TO:** Anna Santos
Iqor, Inc.
335 Madison Avenue, 27th fl.
New York, NY 10017

**RE:** **Process Served in Florida**

**FOR:** ALLIED INTERSTATE LLC (Domestic State: MN)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Joseph Forlizzo, Pltf. vs. Allied Interstate, LLC, Dft. |
| **DOCUMENT(S) SERVED:** | Summons/Notice, Statement of Claim, Complaint, Letter(s), Attachment(s) |
| **COURT/AGENCY:** | Pinellas County Circuit Court, FL<br>Case # 143478SCNPC |
| **NATURE OF ACTION:** | Violation of florida consumer collection practices act |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 05/23/2014 postmarked on 05/21/2014 |
| **JURISDICTION SERVED:** | Florida |
| **APPEARANCE OR ANSWER DUE:** | 06/17/2014 at 01:00 p.m. |
| **ATTORNEY(S) / SENDER(S):** | Joseph Forlizzo<br>3755 Curlew Road<br>Palm Harbor, FL 34684<br>727-580-2185 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 05/27/2014, Expected Purge Date: 06/01/2014<br>Image SOP<br>Email Notification, Anna Santos annakarla.santos@iqor.com<br>Email Notification, Kristina Marie Cuenco KristinaMarie.Cuenco@iqor.com<br>Email Notification, Matthew Johnson matthew.johnson@iqor.com |
| **SIGNED:** | C T Corporation System |
| **PER:** | Donna Moch |
| **ADDRESS:** | 1200 South Pine Island Road<br>Plantation, FL 33324 |
| **TELEPHONE:** | 954-473-5503 |

Page 1 of 1 / SP

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

FoR/izzo
2755 Curlew Rd.
#85
Palm Harbor, Fl.
34684



CERTIFIED MAIL

7013 3020 0000 8446 2006

Hasler   FIRST-CLASS MAIL
05/21/2014
US POSTAGE $008.87⁰

ZIP 33756
011D12603516

paid
6.49
plus
2.24

Allied Interstate LLC
C/O Registered Agent
CT Corporation Systems
1200 South Pine Island Road
Plantation, Fl. 33324

# County Court, Pinellas County, Florida
# Small Claims Division

(727) 464-7000 - www.mypinellasclerk.org

REF: 14-003478-SC North

JOSEPH FORLIZZO
Vs.
ALLIED INTERSTATE LLC

TO:  ALLIED INTERSTATE LLC
     C/O CT CORPORATION SYSTEM AS RA
     1200 S PINE ISLAND RD
     PLANTATION FL  33324

SUMMONS/NOTICE TO APPEAR FOR PRE-TRIAL CONFERENCE

THE STATE OF FLORIDA:
NOTICE TO PLAINTIFF(S) AND DEFENDANT(S)
YOU ARE HEAREBY NOTIFIED that you are required to appear in person or by attorney at the Pinellas County Courthouse in:

COURTROOM 1, OLD COURTHOUSE
324 S FT HARRISON AVENUE
CLEARWATER, FL 33756

on **Tuesday, 06/17/2014** at **1:00 PM** for a PRE-TRIAL CONFERENCE before a judge of the court.

**IMPORTANT – READ CAREFULLY**
THIS CASE WILL NOT BE TRIED AT THAT TIME. DO NOT BRING WITNESSES,
APPEAR IN PERSON OR BY ATTORNEY

The defendant(s) *must* appear in court on the date specified in order to avoid a default judgment. The Plaintiff(s) *must* appear to avoid having the case dismissed for lack of prosecution. A written MOTION or ANSWER to the court by the plaintiff(s) or defendant(s) shall not excuse the personal appearance of a party or its attorney in the pre-trial conference. The date and time of the PRE-TRIAL CONFERENCE CANNOT be rescheduled without good cause and prior court approval.

Any business entity recognized under Florida law may be represented at any stage of the trial court proceedings by any principal of the business entity who has legal authority to bind the business entity or any employee authorized in writing by a principal of the business entity. A principal is defined as being an officer, member, managing member, or partner of the business entity. Written authorization must be brought to the Pre-Trial Conference.

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Human Rights Office, 400 S. Ft. Harrison Ave., 5th Floor, Clearwater, FL  33756, (727) 464-4062 (V/TDD), at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

The purpose of the pre-trial conference is to record your appearance, to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pre-trial conference.

You may be ordered to mediate at the pre-trial conference. Mediation means "A process whereby a neutral third person called a Mediator acts to encourage and facilitate the resolution of a dispute between two or more parties. It is an informal process with the objective of helping the disputing parties reach a mutually acceptable and voluntary agreement." You or your attorney must have full authority to settle without further consultation at pre-trial mediation.

Copy 1

You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state names and addresses of your witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long it will take to try the case.

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may or may not approve a payment plan and withhold judgment, execution, or levy.

RIGHT TO VENUE: The law gives the person or company who has sued you the right to file suit in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you as the defendant(s) have the right to request that the case be moved to a proper location or venue. A proper location or venue may be one of the following:

1) **Where the contract was entered into.**
2) **If suit is on unsecured promissory note, where the note is signed or where the maker resides.**
3) **If the suit is to recover property or to force a foreclosure of a lien, where the property is located.**
4) **Where the event giving rise to the suit occurred.**
5) **Where any one or more of the defendant(s) sued resides.**
6) **Any location agreed to in a contract.**
7) **In an action for money due, if there is no agreement as to where suit may be filed, proper venue lies in the county where payment is to be made.**

If you, as the defendant(s), believe the plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer, or you must file a WRITTEN request for transfer in affidavit form (sworn to under oath) with the court seven days prior to your first court date and send a copy to the plaintiff(s) or plaintiff's (s') attorney, if any.

A copy of the statement of claim shall be served with the original, alias and pluries summons.

Dated at Clearwater, Florida on May 21, 2014.

KEN BURKE, CPA
CLERK OF THE CIRCUIT COURT
& COMPTROLLER

Copy 1