COUNTY COURT, PINELLAS COUNTY, FLORIDA
SMALL CLAIMS DIVISION


JOSEPH FORLIZZO

Plaintiff

-v-.

ALLIED INTERSTATE,LLC.

Defendant

### VERIFIED COMPLAINT for RELIEF

Plaintiff, Joseph Forlizzo, hereby sues Defendant Allied Interstate, LLC and alleges:


### PRELIMINARY STATEMENT

1. This is an action for damages brought for violations of the Florida Consumer Collection
Practices Act (FCCPA), Fla. Stat. §559.72(9) and for violations of the Fair Debt Collection Practices Act (FDCPA) 15 U.S.C. § 1692e(2)(A), § 1692e(5).

2. Upon belief and information, Plaintiff contends that many of these practices are wide spread for the Defendant. Plaintiff intends to propound discovery to Defendant identifying other individuals who have suffered similar violations.

### JURISDICTION AND VENUE

3. The jurisdiction of this Court is conferred by Fla. Stat. §559.77, 15 U.S.C. §1681p, 15 U.S.C. §1692k, and 47 U.S.C. §227(a)3 & (a)5.
4. Venue is proper in this Circuit pursuant to Fla. Stat. §559.77 and 28 U.S.C. §1391b.
5. This is an action for damages under $5,000.00.

### PARTIES

6. Plaintiff, Joseph Forlizzo, is a natural person and is a resident of the State of Florida.
7. Upon information and belief Defendant, Allied Interstate, LLC is a corporation and authorized to do business in Florida with its principal place of business located at 335

Madison av. 27th floor, New York, N.Y. 10017 with Registered Agent located at CT
Corporation System, 1200 South Pine Island Road, Plantation, Fla. 33324.

8. All conditions precedent to the bringing of this action have been performed, waived or
excused.

## FACTUAL ALLEGATIONS

9. Plaintiff has no prior or present established relationship with the Defendant

10. Plaintiff has no contractual obligation to pay Defendant

11. In February 2014, Plaintiff received a letter from Allied Interstate, LLC
stating that they are collecting a debt. The letter stated in part "**THIS IS AN ATTEMPT
TO COLLECT A DEBT. ANY INFORMATION OBTAINED FROM YOU WILL BE
USED FOR THAT PURPOSE.**"

12. On February 04/11 2014 Plaintiff sent a Debt Validation Request via certified
Mail #70132630000121787721 to Defendant. Defendant did not validate the alleged
debt.

13. Defendant attempted to collect on an alleged debt to which they have no legal
authority to collect on.

## COUNT I

### VIOLATION OF FLORIDA CONSUMER COLLECTION
### PRACTICES ACT (FCCPA), FLA. STAT. §559(Part VI)
### BY DEFENDANT ALLIED INTERSTATE, LLC

14. Paragraphs 1 through 13 are re-alleged as though fully set forth herein

15. Plaintiff is a consumer within the meaning of the FCCPA, Fla. Stat. §559.55(2)

16. **ALLIED INTERSTATE, LLC**  is a debt collector within the meaning of
the FCCPA, Fla. Stat. §559.55(6).

17. **ALLIED INTERSTATE, LLC**  violated the FCCPA. Defendants
violations include, but are not limited to, the following:

(a) **ALLIED INTERSTATE, LLC**  violated Fla. Stat. §559.72(9) by
claiming, attempting or threatening to enforce a debt when such persons knew that the
debt was not legitimate.

18. Fla. Stat. §559.72(2) states in part "Upon adverse adjudication, the defendant shall
be

liable for actual damages and for additional statutory damages of up to $1,000, together with court costs and reasonable attorney's fees incurred by the plaintiff. In determining the defendant's liability for any additional statutory damages, the court shall consider the nature of the defendant's noncompliance with s. 559.72, the frequency and persistence of such noncompliance, and the extent to which such noncompliance was intentional."…

**WHEREFORE**, Plaintiff demands judgment for damages against **ALLIED INTERSTATE, LLC** for actual, statutory, and punitive damages, attorney's fees and costs, pursuant to Fla. Stat. §559.77

## COUNT II
## VIOLATION OF FAIR DEBT COLLECTION
## PRACTICES ACT (FDCPA), 15 U.S.C. §1692
## BY ALLIED INTERSTATE, LLC

19. Paragraphs 1 through 14 are re-alleged as though fully set forth herein.

20. Plaintiff is a consumer within the meaning of the FDCPA, 15 U.S.C. §1692a(3).

21. **ALLIED INTERSTATE, LLC**  is a debt collector within the meaning of the FDCPA, 15 U.S.C. §1692a(6).

22. **ALLIED INTERSTATE, LLC**  violated the FDCPA. Defendants' violations include, but are not limited to, the following:

(a) **ALLIED INTERSTATE, LLC** violated 15 U.S.C. §1692e(2)(A) by falsely representing the character, amount, or legal status of any debt.

(b) **ALLIED INTERSTATE, LLC** , violated 15 U.S.C. §1692e(5) by threatening to take any action that could not legally be taken or that was not intended to be taken.

23. According to the FDCPA 15 USC §813 1692k

"(a) Except as otherwise provided by this section, any debt collector who fails to comply with any provision of this title with respect to any person is liable to such person in an amount equal to the sum of –

1.any actual damage sustained by such person as a result of such failure;

(2) (A) in the case of any action by an individual, such additional damages as the court may allow, but not exceeding $1,000.

**WHEREFORE**, Plaintiff demands judgment for damages against **ALLIED INTERSTATE, LLC** for actual, statutory and punitive damages, attorney's fees and costs, pursuant to 15 U.S.C. §1692k.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.
Respectfully submitted this _19_ Day of May , 2014

JOSEPH FORLIZZO
2755 CURLEW ROAD #85
PALM HARBOR, FLORIDA, 34684
727-580-2185

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been delivered
this _19_ day of May, 2014 by U.S. Mail delivery to:

ALLIED INTERSTATE LLC
NICOLE CUMMINS- LICENSING
335 MADISON AVE 27TH FL
NEW YORK, NY 10017
Phone: 646-498-1316

REGISTERED AGENT
CT CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

JOSEPH FORLIZZO
2755 CURLEW ROAD #85
PALM HARBOR, FLORIDA, 34684
727-580-2185

# *AlliedInterstate.*
LLC

877-476-7360

February 1, 2014

Joseph Forlizzo
2755 Curlew Rd Lot 85
Palm Harbor, FL 34684-4823

Re:   TJX Rewards® Platinum MasterCard® Account
      Amount Owed: $2,688.00
      GE Capital Retail Bank   Account No. ************9299
      Reference No.: 551080831788

Joseph Forlizzo:

We are a debt collection company and our client, GE Capital Retail Bank, has retained us to collect the debt noted above. This is an attempt to collect a debt and any information obtained will be used for that purpose.

As of the date of this letter, the Amount Owed is $2,688.00. Because the creditor continues to assess interest on the debt, the amount due on the day you pay may be greater. Hence, if you pay the Amount Owed shown above, an adjustment may be necessary after we receive your payment, in which event we will inform you of any remaining balance.To make a payment, please telephone us at 877-476-7360 or mail your payment using the coupon on the reverse side of this letter. You may also pay your balance online. Please visit www.tjxrewards.com, a safe and secure website. By sending us a check or giving us your checking account information for payment, you authorize us to collect funds electronically, in which case your check may not be returned to you. We may also arrange for a direct debit from your checking account.

Unless you notify us within 30 days after receiving this letter that you dispute the validity of this debt or any portion thereof, we will assume that this debt is valid. If you notify us in writing within 30 days after receiving this letter that you dispute the validity of this debt, or any portion thereof, we will obtain and mail to you verification of the debt or a copy of a judgment. If you request of us in writing within 30 days after receiving this letter, we will provide you with the name and address of the original creditor, if different from the current creditor.

We look forward to receiving your payment.

Sincerely,

*Allied Interstate LLC*

SEE REVERSE SIDE FOR OTHER IMPORTANT INFORMATION

**JOSEPH FORLIZZO**
**2755 CURLEW RD. #85**
**PALM HARBOR, FLORIDA, 34684**

ALLIED INTERSTATE LLC
NICOLE CUMMINS- LICENSING
335 MADISON AVE 27TH FL
NEW YORK,NY 10017
**Phone: 646-498-1316**

FEBRUARY 11TH, 2014

Re: Your solicitation dated  FEBRUARY 1,2014

Greetings:

This letter is in response to your phone calls and your "Soliciation-to-do-business-letter" dated 2/1/2014 (copy attached). I do not accept your offer to do business.   Furthermore, I am also requesting that your company "CEASE & DESIST" calling me any more by telephone at my home phone number  or my cell phone number (727-580-2157) and do not make any calls to my employer, my relatives, friends or neighbors concerning this matter.   Your calls are causing me great distress.

You state in your solicitation letter that I owe money to you on an account.  Your claim is disputed.  Before I would entertain your offer to do business I need you to provide me with the following documentation to verify that I am responsible for the alleged debt, the validity of the alleged debt and also to verify that you have the legal standing to claim payment of the alleged debt that is disputed herein.

To the best of my knowledge the alleged debt you refer to is not my debt.  I am disputing the entire balance as reflected on your most recent correspondence as well as the accuracy and validity of every transaction that makes up the alleged outstanding balance.  Before I will entertain doing business with your company concerning this account I am demanding the following documentation from you:

1) Please provide me with a copy of the application form allegedly filled out and signed by me that was used to open the account that this alleged debt pertains to.
2) Please provide me with a list of the transactions that make up the alleged outstanding balance on the account along with copies of the authorization sales slips for all of these alleged transactions validating that these transactions are real transactions that were made with a merchant and that will show the signature(s) of the person who authorized all of the charges that make up the purported outstanding balance you are attempting to collect.
3) Please provide me with the name of the creditor to whom the alleged debt is owed and written proof that your company has been authorized by the owner of the account pertaining to this matter to contact me on their behalf to collect the alleged debt.

Until the above noted listed documentation is provided to me I refuse to do any business with your company and I cannot be construed to have "defaulted" on this account.  Absent your providing me with the above listed documentation the remedy I seek is the complete removal of me from your records.

Your failure to satisfy this request will be construed as your absolute waiver of any and all claims against me, and your tacit agreement to compensate me for costs and attorney fees if you choose to pursue this matter in the courts. I expect your good faith reply to include all of the records and information identified herein, within 20 days.  If you need more time to produce the requested items please notify me in writing.  I await your written reply.
**Please limit all future communication with me to writing only.**  If I receive any telephone calls from your company at any of the numbers noted in paragraph 1 of this letter, after receiving this letter, I will consider them to constitute harassment. Receipt of this letter is your acknowledgment that you and your employees agree to allow me to record the calls and any information obtained will be used against you in a court of law.

Best regards,

*[signature: Joseph Forlizzo]*
JOSEPH FORLIZZO

**Attached**: copy of your solicitation letter
Sent via Certified Mail: 70132630000121787721

English          Customer Service          USPS Mobile                                    Register / Sign In

# USPS.COM®

Search USPS.com or Track Packages

Quick Tools
Track                          **Find**      Ship a Package      Send Mail      Manage Your Mail      Shop      Business Solutions
Find USPS Locations
Buy Stamps
Schedule a Pickup
Calculate a Price
Look Up a ZIP Code™          ## USPS Tracking™                              ✉  Customer Service ›
Hold Mail                                                                         Have questions? We're here to help.
Change of Address

Tracking Number: **70132630000121787721**

## Product & Tracking Information                    ## Available Actions

**Postal Product:**              **Features:**
                                 Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **February 18, 2014 , 2:06 pm** | Delivered | **NEW YORK, NY 10173** |
| February 18, 2014 , 11:46 am | Out for Delivery | NEW YORK, NY 10017 |
| February 18, 2014 , 11:36 am | Sorting Complete | NEW YORK, NY 10017 |
| February 18, 2014 , 5:21 am | Arrival at Unit | NEW YORK, NY 10017 |
| February 15, 2014 , 1:45 am | Processed through USPS Sort Facility | NEW YORK, NY 10199 |
| February 15, 2014 | Depart USPS Sort Facility | NEW YORK, NY 10199 |
| February 14, 2014 , 11:11 pm | Processed through USPS Sort Facility | NEW YORK, NY 10199 |
| February 12, 2014 | Depart USPS Sort Facility | TAMPA, FL 33630 |
| February 11, 2014 , 10:33 pm | Processed through USPS Sort Facility | TAMPA, FL 33630 |



## Track Another Package

**What's your tracking (or receipt) number?**

Track It

## LEGAL                  ## ON USPS.COM            ## ON ABOUT.USPS.COM         ## OTHER USPS SITES
Privacy Policy ›          Government Services ›     About USPS Home ›            Business Customer Gateway ›
Terms of Use ›           Buy Stamps & Shop ›       Newsroom ›                   Postal Inspectors ›
FOIA ›                   Print a Label with Postage ›   USPS Service Alerts ›     Inspector General ›

**JOSEPH FORLIZZO**
**2755 CURLEW RD. #85**
**PALM HARBOR, FLA. 34684**

ALLIED INTERSTATE  LLC.
NICOLE CUMMINS-LICENSING
335 MADISON AVE 27TH FLOOR
NEW YORK, NY. 10017                    TODAYS DATE  03/20/204

**Re**: Your letter dated 02/01/2014 and my reply dated 02/11/2014(see attached copies)

Greetings:

     I have made a request for validation of your legal authority to the account in question and proof of the validity of the alleged debt and according to the United States Postal Service you received my request on 02/18/2014 @2:06 P.M.  Your lack of response constitutes your failure to comply with the disclosure requirements of the Fair Debt Collection Practices Act.

     Your failure to respond to my request will also be construed as your absolute waiver of any and all claims against me, and your tacit agreement to compensate me for costs and attorney fees if you choose to pursue this matter any further.

Best regards,

*Joseph Forlizzo*
JOSEPH FORLIZZO

**Attached**: Copies of your letter and my response to your letter are attached.

Sent Via Certified Mail: 70132630000121789763

English    Customer Service    USPS Mobile                    Register / Sign in

**≡USPS.COM**

Search USPS.com or Track Packages

Quick Tools
Track
Find USPS Locations
Buy Stamps
Schedule a Pickup
Calculate a Price
Lookup a ZIP Code™
Hold Mail
Change of Address

Find

Ship a Package    Send Mail    Manage Your Mail    Shop    Business Solutions

## USPS Tracking™

✉ **Customer Service ›**
Have questions? We're here to help.

Tracking Number: **70132630000121789763**

## Product & Tracking Information

**Postal Product:**                    **Features:**
                                       Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| March 24, 2014 , 2:10 pm | Delivered | NEW YORK, NY 10173 |
| March 24, 2014 , 10:40 am | Out for Delivery | NEW YORK, NY 10017 |
| March 24, 2014 , 10:30 am | Sorting Complete | NEW YORK, NY 10017 |
| March 24, 2014 , 5:29 am | Arrival at Unit | NEW YORK, NY 10017 |
| March 23, 2014 , 2:14 pm | Processed through USPS Sort Facility | NEW YORK, NY 10199 |
| March 22, 2014 | Depart USPS Sort Facility | NEW YORK, NY 10199 |
| March 22, 2014 , 9:58 pm | Processed through USPS Sort Facility | NEW YORK, NY 10199 |
| March 21, 2014 | Depart USPS Sort Facility | TAMPA, FL 33630 |
| March 21, 2014 , 12:01 am | Processed through USPS Sort Facility | TAMPA, FL 33630 |

## Available Actions

Email Updates

## Track Another Package

**What's your tracking (or receipt) number?**

Track It

LEGAL
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

ON USPS.COM
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›

ON ABOUT.USPS.COM
About USPS Home ›
Newsroom ›
USPS Service Alerts ›
Forms & Publications ›
Careers ›

OTHER USPS SITES
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

NOTICE OF INTENT TO LITIGATE

OPPORTUNITY TO CURE

NOTICE AND DEMAND

JOSEPH FORLIZZO

2755 CURLEW RD. #85

PALM HARBOR,FL. 34684

DATE 04/09/2014

ALLIED INTERSTATE LLC

NICOLE CUMMINS-LICENSING

335 MADISON AVE. 27TH FLOOR

NEW YORK, NY 10017

646-498-1316

RE: FDCPA AND FCCPA STATUATORY FINES

AMOUNT OWED: $2000.00

ALLIED INTERSTATE LLC:

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

AS OF THE DATE OF THIS LETTER THE AMOUNT OWED IS $2000.00. TO AVOID ANY FURTHER COSTS AND FEES PLEASE EMAIL ME A SETTLEMENT AGREEMENT FOR MY REVIEW AND SIGNITURE AND A CHECK TO ADDRESS ABOVE.

UNLESS YOU NOTIFY ME WITHIN 10 DAYS AFTER RECEIVING THIS LETTER THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF, I WILL ASSUME THAT THIS DEBT IS VALID. IF YOU NOTIFY ME IN WRITING WITHIN 10 DAYS AFTER RECEIVING THIS LETTER THAT YOU DISPUTE THE VALIDITY OF THIS DEBT, OR ANY PORTION THEREOF, I WILL MAIL TO YOU VERICATION OF THIS DEBT.

ANY COMMUNICATION CONCERNING THIS DEBT IS TO BE BY EMAIL: KTJO34684@GMAIL.COM OR BY U.S. MAIL.

JOSEPH FORLIZZO.......................................CERTIFIED MAIL NUMBER: 70122920000054343408

English        Customer Service        USPS Mobile                                    Register / Sign In

# ☰USPS.COM

Search USPS.com or Track Packages

**Quick Tools**
Track
Find USPS Locations
Buy Stamps
Schedule a Pickup
Calculate a Price
Look Up a ZIP Code™
Hold Mail
Change of Address

Find

Ship a Package     Send Mail     Manage Your Mail     Shop     Business Solutions

## USPS Tracking™

✉ **Customer Service ›**
Have questions? We're here to help.

Tracking Number: **70122920000054343408**

## Product & Tracking Information

**Postal Product:**

**Features:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| April 11, 2014 , 11:59 am | Delivered | NEW YORK, NY 10173 |
| April 11, 2014 , 10:30 am | Out for Delivery | NEW YORK, NY 10017 |
| April 11, 2014 , 10:20 am | Sorting Complete | NEW YORK, NY 10017 |
| April 11, 2014 , 5:20 am | Arrival at Unit | NEW YORK, NY 10017 |
| April 11, 2014 , 1:40 am | Processed through USPS Sort Facility | NEW YORK, NY 10199 |
| April 10, 2014 | Depart USPS Sort Facility | NEW YORK, NY 10199 |
| April 10, 2014 , 7:00 pm | Processed through USPS Sort Facility | NEW YORK, NY 10199 |
| April 8, 2014 , 10:41 pm | Processed through USPS Sort Facility | TAMPA, FL 33630 |
| April 8, 2014 | Depart USPS Sort Facility | TAMPA, FL 33630 |

## Available Actions



## Track Another Package

**What's your tracking (or receipt) number?**

                                        Track It ›

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
USPS Service Alerts ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

 Credit Center

# Feds fine debt collector Allied Interstate for repeat violations

by Jorgen Wouters   Oct 26th 2010 11:30AM



A debt collection agency has been slapped with a near-record fine by the Federal Trade Commission for repeatedly trying to collect from the wrong people, collecting the wrong amounts, using abusive language and other unlawful practices.

Allied Interstate, Inc., a Minnesota-based corporation with offices in the U.S., Canada, India, and the Philippines, will pay $1.75 million to settle FTC charges of repeated violations of both the Fair Debt Collection Practices Act and Section 5 of the Federal Trade Commission Act.

Allied's settlement marks the second-largest civil fine levied by the FTC against a debt collector.

"Debt collectors had better make sure their information is accurate, or they could end up paying a

big penalty," said David Vladeck, Director of the
FTC's Bureau of Consumer Protection, in a statement.
"There is no excuse for trying to collect debt from
someone if you can't confirm that they actually owe
it."

According to the FTC's complaint, between 2006 and
at least 2008, Allied Interstate persisted in debt
collection efforts even after consumers told company
representatives they didn't owe the debt in question.
The company also failed to verify the accuracy of the
disputed information. The FTC accused Allied of
making harassing phone calls to consumers, using
abusive language, calling many times a day for weeks
or months, and sometimes hanging up when the calls
were answered.

In addition, Allied repeatedly called third parties
seeking to locate a consumer, revealed alleged debts
to third parties without the consumers' consent or
court permission, and threatened legal action against
consumers it did never intend to take. Collectively,
these practices violated both the Fair Debt Collection
Practices Act and Section 5 of the Federal Trade
Commission Act.

Besides the $1.75 million fine, Allied will be required
to take specific steps whenever:

- A consumer disputes that he or she owes the
  debt or the amount of the debt.
- A reasonable person would consider the
  information on which Allied is relying to collect
  the debt to be implausible, unreliable or
  missing essential information.

Regardless of the circumstance, Allied must now
either close the account and end collection efforts or
suspend collection until it has conducted a
reasonable investigation and verified that its
information about the debt is accurate and complete.

RECOMMENDED FOR YOU

Chesapeake Energy
Corporation to Spin Off Oilfield
Services Business, Sell
Additional Assets

Powered by Sailthru

Case 8:14-cv-01389-MSS-AEP   Document 2   Filed 06/11/14   Page 14 of 36 PageID 37

If Allied cannot substantiate that the consumer owes
the debt, the company cannot sell the debt or provide
it to any business other than the client from which it
obtained the debt.

The consent decree also bars Allied from:

- Making false statements to collect a debt or
  obtain information about a consumer.
- Making claims that a debt is owed or about the
  amount without a reasonable basis.
- Asking a third party for a consumer's location
  information more than once without that third
  party's consent or a reasonable belief that the
  person's earlier response was wrong or
  incomplete and that the person now has correct
  location information.
- Communicating with third parties about a
  consumer's debt without the consumer's
  consent or court permission
- Using obscene or profane language or harassing
  consumers with repeated phone calls;
- Making any other false or misleading statement
  in collecting a debt, including threatening
  action it does not intend to take.
- Violating the Fair Debt Collection Practices Act.

New FTC regulations governing the telemarketing of
debt-relief services take effect on Wednesday,
October, 27.

**RECOMMENDED FOR YOU**

Chesapeake Energy
Corporation to Spin Off Oilfield
Services Business, Sell
Additional Assets

Powered by Sailthru



jay f <ktjo34684@gmail.com>

## Your complaint to Allied Interstate

2 messages

---

**Johnson, Matthew** <Matthew.Johnson@iqor.com>          Wed, Apr 16, 2014 at 1:50 PM
To: "ktjo34684@gmail.com" <ktjo34684@gmail.com>
Cc: "Santos, Anna Karla" <AnnaKarla.Santos@iqor.com>, "Cuenco, Kristina Marie"
<KristinaMarie.Cuenco@iqor.com>

Hello Mr. Forlizzo,


I received your letter of demand. What law or laws do you allege that Allied Interstate violated? If any alleged
violations were in connection with calls to a phone, please provide the phone number or numbers at issue.

Sincerely,



Matthew B. Johnson, Esq.

Vice President - Legal

Admitted in New York and Minnesota

iQor US Inc./Allied Interstate LLC/RMS (an iQor Corp)

335 Madison Ave, 27th Fl

New York, NY 10017

tel: 646.375.6114


All settlement communications are confidential and subject to Federal Rule of Evidence 408

---

**f** <ktjo34684@gmail.com>          Thu, Apr 17, 2014 at 9:15 AM
To: "Johnson, Matthew" <Matthew.Johnson@iqor.com>

Hi Mr. Johnson,
Thank you for your response.....

1. On 02/04/2014 your client sent me a demand letter(Attached) for $2688.00 for an alleged debt on account
#9299

---

2. On 02/18/2014 your client received my letter for validation(attached).
3. After 30 days and no response from your client I sent letter dated 03/20/14 (attached)

Your client Allied Interstate, LLC. is in violation of the following consumer protection laws.

FDCPA 1692e, 1692e(2) and 1692e(10) and 1692f

FCCPA 559.72(9)

I AM DEMANDING $1000.00 STATUTORY FINES  FOR FDCPA
I AM DEMANDING $1000.00 STATUTORY FINES FOR FCCPA

PLEASE BE ADVISED THAT  I ALSO RECEIVED ANOTHER LETTER FROM YOUR CLIENT ON 04/02/14
ALLEGING THE AMOUNT OF $3918.00 OWED TO THEM ON ACCOUNT #8916.

I WILL BE DEMANDING $2000.00 FROM YOUR CLIENT FOR THESE STATUTORY FINES FOR VIOLATION
OF THE CONSUMER PROTECTION LAWS ALSO.

YOU CAN DEAL WITH JUST ONE NOW OR YOU CAN HANDLE BOTH NOW IF YOU WISH

PLEASE ADVISE HOW YOUR CLIENT WANTS TO PROCEED.

YOUR CLIENT CAN AVOID ANY FURTHER COSTS AND FEES NOW OR I WILL PROCEED WITH MY ONLY
OTHER OPTION,  TO FILE IN THE COURTS.

REGARDS,
JOSEPH FORLIZZO

[Quoted text hidden]

---

**3 attachments**

**allied interstate 001.jpg**
356K

**1-Letter-1.doc**
30K

**3-Followup-Letter3.rtf**
37K



jay f <ktjo34684@gmail.com>

## RE: Your complaint to Allied Interstate - Rule 408 settlement communication
24 messages

**Johnson, Matthew** <Matthew.Johnson@iqor.com>                    Thu, Apr 17, 2014 at 9:26 AM
To: f <ktjo34684@gmail.com>

Hello Mr. Forlizzo,


Thank you for getting back to me. Please note that there is no requirement that a collection agency validate a debt if it ceases collection activity, which we did. Section 1692g(b) requires only that a debt collector cease collections until it provides validation. It provides, in part:


"If the consumer notifies the debt collector in writing within the thirty-day period described in subsection (a) of this section that the debt, or any portion thereof, is disputed, or that the consumer requests the name and address of the original creditor, the debt collector shall cease collection of the debt, or any disputed portion thereof, until the debt collector obtains verification of the debt or a copy of a judgment, or the name and address of the original creditor, and a copy of such verification or judgment, or name and address of the original creditor, is mailed to the consumer by the debt collector...."


Several cases confirm:


" [T]he court noted that where the debt collector could not verify a debt, collection efforts would cease and no FDCPA liability would be incurred." *Jang v. A.M. Miller and Assocs.*, 122 F.3d 480 (7th Cir.1997). "We ... hold that the [FDCPA] requires a debt collector who receives notice that a consumer disputes an alleged debt to cease collection efforts until it provides the consumer with verification of the debt. The [FDCPA] does not impose an independent obligation to verify a debt where the collector ceases all collection efforts directed at the consumer. *Guerrero v. RJM Acquisitions LLC*, 499 F.3d 926, 929-930 (9th Cir., 2007). "If a debt collector wishes, it can permanently cease collection efforts and never verify the debt to the consumer. *Edeh v. Midland Credit Mgmt. Inc.*, 748 F.Supp.2d 1030, 1038 (D. Minn., 2010).


Further, there is no requirement in the FDCPA that validation be provided within 30 days of receipt of the request. The 30 day limit applies to the time period during which a consumer may furnish a request for validation. See 1692g(b).


Further, it is not a violation of the FDCPA to attempt to collect a different debt other than the one for which

you requested validation.


Therefore, Allied will not be issuing an offer at this time.


Sincerely,



Matthew B. Johnson, Esq.

Vice President - Legal

Admitted in New York and Minnesota

iQor US Inc./Allied Interstate LLC/RMS (an iQor Corp)

335 Madison Ave, 27th Fl

New York, NY 10017

tel: 646.375.6114


All settlement communications are confidential and subject to Federal Rule of Evidence 408



**From:** f [mailto:ktjo34684@gmail.com]
**Sent:** Thursday, April 17, 2014 9:15 AM
**To:** Johnson, Matthew
**Subject:** Re: Your complaint to Allied Interstate


Hi Mr. Johnson,

Thank you for your response.....

1. On 02/04/2014 your client sent me a demand letter(Attached) for $2688.00 for an alleged debt on account #9299

2. On 02/18/2014 your client received my letter for validation(attached).

3. After 30 days and no response from your client I sent letter dated 03/20/14 (attached)

Your client Allied Interstate, LLC. is in violation of the following consumer protection laws.

FDCPA 1692e, 1692e(2) and 1692e(10) and 1692f

FCCPA 559.72(9)

I AM DEMANDING $1000.00 STATUTORY FINES FOR FDCPA

I AM DEMANDING $1000.00 STATUTORY FINES FOR FCCPA

PLEASE BE ADVISED THAT I ALSO RECEIVED ANOTHER LETTER FROM YOUR CLIENT ON 04/02/14 ALLEGING THE AMOUNT OF $3918.00 OWED TO THEM ON ACCOUNT #8916.

I WILL BE DEMANDING $2000.00 FROM YOUR CLIENT FOR THESE STATUTORY FINES FOR VIOLATION OF THE CONSUMER PROTECTION LAWS ALSO.

YOU CAN DEAL WITH JUST ONE NOW OR YOU CAN HANDLE BOTH NOW IF YOU WISH

PLEASE ADVISE HOW YOUR CLIENT WANTS TO PROCEED.

YOUR CLIENT CAN AVOID ANY FURTHER COSTS AND FEES NOW OR I WILL PROCEED WITH MY ONLY OTHER OPTION, TO FILE IN THE COURTS.


REGARDS,

JOSEPH FORLIZZO



On Wed, Apr 16, 2014 at 1:50 PM, Johnson, Matthew <Matthew.Johnson@iqor.com> wrote:

Hello Mr. Forlizzo,


I received your letter of demand. What law or laws do you allege that Allied Interstate violated? If any alleged violations were in connection with calls to a phone, please provide the phone number or numbers at issue.

Sincerely,


Matthew B. Johnson, Esq.

Vice President - Legal

Admitted in New York and Minnesota

iQor US Inc./Allied Interstate LLC/RMS (an iQor Corp)

335 Madison Ave, 27th Fl

New York, NY 10017

tel: 646.375.6114

Case 8:14-cv-01389-MSS-AEP   Document 2   Filed 06/11/14   Page 20 of 36 PageID 43

All settlement communications are confidential and subject to Federal Rule of Evidence 408

---

**f** <ktjo34684@gmail.com>                           Thu, Apr 17, 2014 at 10:59 AM
To: "Johnson, Matthew" <Matthew.Johnson@iqor.com>

DEAR MR. JOHNSON,

THANK YOU FOR YOUR RESPONSE.....I AGREE WITH ALL THAT YOU HAVE WRITTEN AND NONE OF
THAT HAS ANY THING TO DO WITH MY COMPLAINT.

THIS IS NOT ABOUT A DEBT, REAL OR IMAGINARY, ITS ABOUT YOUR CLIENTS BEHAVIOR IN TRYING
TO COLLECT AN ALLEGED DEBT.

PLEASE READ THE STATUTES I HAVE PROVIDED FOR YOUR REVIEW AND IF YOUR CLIENT DOES NOT
WANT TO DEAL WITH THIS NOW THEN WE WILL JUST LET THE PAPERWORK TAKE CARE OF ITSELF.

IF I DON'T HEAR BACK FROM YOU BY TOMORROW 5PM I WILL PROCEED WITH THE ONLY OTHER
OPTION AVAILABLE TO ME .....THE COURTS......

DON'T KNOW WHAT YOUR DOING IN N.Y......BUT I AM GOING TO THE BEACH.....HAVE A GREAT DAY

KIND REGARDS,

JOSEPH FORLIZZO

[Quoted text hidden]

---

**Johnson, Matthew** <Matthew.Johnson@iqor.com>            Thu, Apr 17, 2014 at 11:02 AM
To: f <ktjo34684@gmail.com>

Hello Mr. Forlizzo,

What false representation do you feel Allied made? If it is a dispute as to the amount or existence of the
debt, you did request validation, which is the remedy for that, and we ceased collections. Without more
information about your complaint I cannot make an offer.

I hope it is a great day at the beach! I am stuck in the office and it was 36F here this morning.

Sincerely,

Matt


**From:** f [mailto:ktjo34684@gmail.com]
**Sent:** Thursday, April 17, 2014 10:59 AM
**To:** Johnson, Matthew
**Subject:** Re: Your complaint to Allied Interstate - Rule 408 settlement communication

[Quoted text hidden]

---

f <ktjo34684@gmail.com>                                      Fri, Apr 18, 2014 at 8:42 AM
To: "Johnson, Matthew" <Matthew.Johnson@iqor.com>

HI MATT,

THE BEACH WAS PERFECT BUT YOUR THE ONE MAKING THE BIG BUCKS IN THE BIG APPLE....LOL. WE HAVE A VERY CONGESTED SITUATION NOW UNTIL AFTER EASTER THEN THINGS THIN OUT......

OK...TO ANSWER YOUR QUESTION......


# 15 U.S. Code § 1692e AND 1692e(2)(A) AND 1692(e)(10) - False or misleading representations

A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section:


(2) The false representation of— (A) the character, amount, or legal status of any debt; or

(10)The use of any false representation or deceptive means to collect or <u>attempt to collect</u> any debt or to obtain any information concerning a consumer.


# 15 U.S. Code § 1692f - Unfair practices,A DEBT COLLECTOR MAY NOT USE UNFAIR OR UNCONSCIONABLE MEANS TO COLLECT OR

# ATTEMPT TO COLLECT ANY DEBT.

# ALSO FLORIDA STATUTE 559.72(9)

(9)   Claim, attempt, or threaten to enforce a debt **when such person knows that the debt is not legitimate,** or assert the existence of some other legal right when such person knows that the right does not exist.

I DON'T OWE ANY DEBT (REAL OR IMAGINARY) TO YOUR CLIENT AND YOUR CLIENT CAN NOT PROVE I OWE THEM ANY DEBT(REAL OR IMAGINARY) .....

PLEASE RECONSIDER AND SAVE YOUR CLIENT COURT COSTS AND FEES AS WELL AS SAVING JUDICIAL RECOURSE'S.

PLEASE LET ME KNOW YOUR THOUGHTS AS SOON AS POSSIBLE.

BEST REGARDS,

JOE F.

STAY SAFE

[Quoted text hidden]

---

**f** <ktjo34684@gmail.com>                                    Fri, Apr 18, 2014 at 9:29 AM
To: PUTNCALL@cox.net

## Forwarded conversation
Subject: **RE: Your complaint to Allied Interstate - Rule 408 settlement communication**
————————————

From: **Johnson, Matthew** <Matthew.Johnson@iqor.com>
Date: Thu, Apr 17, 2014 at 9:26 AM
To: f <ktjo34684@gmail.com>

[Quoted text hidden]
————————
From: **f** <ktjo34684@gmail.com>

mail - RE: Your complaint to Allied Interstate - Rule 408 settlement ...    https://mail.google.com/mail/u/0/?ui=2&ik=20a3a7d00?review=pa&se...

Date: Thu, Apr 17, 2014 at 10:59 AM
To: "Johnson, Matthew" <Matthew.Johnson@iqor.com>

DEAR MR. JOHNSON,

THANK YOU FOR YOUR RESPONSE.....I AGREE WITH ALL THAT YOU HAVE WRITTEN AND NONE OF
THAT HAS ANY THING TO DO WITH MY COMPLAINT.

THIS IS NOT ABOUT A DEBT, REAL OR IMAGINARY, ITS ABOUT YOUR CLIENTS BEHAVIOR IN TRYING
TO COLLECT AN ALLEGED DEBT.

PLEASE READ THE STATUTES I HAVE PROVIDED FOR YOUR REVIEW AND IF YOUR CLIENT DOES NOT
WANT TO DEAL WITH THIS NOW THEN WE WILL JUST LET THE PAPERWORK TAKE CARE OF ITSELF.

IF I DON'T HEAR BACK FROM YOU BY TOMORROW 5PM I WILL PROCEED WITH THE ONLY OTHER
OPTION AVAILABLE TO ME .....THE COURTS......

DON'T KNOW WHAT YOUR DOING IN N.Y......BUT I AM GOING TO THE BEACH.....HAVE A GREAT DAY

KIND REGARDS,

JOSEPH FORLIZZO

----------
From: **Johnson, Matthew** <Matthew.Johnson@iqor.com>
Date: Thu, Apr 17, 2014 at 11:02 AM
To: f <ktjo34684@gmail.com>


Hello Mr. Forlizzo,


What false representation do you feel Allied made? If it is a dispute as to the amount or existence of the
debt, you did request validation, which is the remedy for that, and we ceased collections. Without more
information about your complaint I cannot make an offer.


I hope it is a great day at the beach! I am stuck in the office and it was 36F here this morning.


Sincerely,


Matt

**From:** f [mailto:ktjo34684@gmail.com]
**Sent:** Thursday, April 17, 2014 10:59 AM
**To:** Johnson, Matthew
**Subject:** Re: Your complaint to Allied Interstate - Rule 408 settlement communication

----------
**From: f** <ktjo34684@gmail.com>
**Date:** Fri, Apr 18, 2014 at 8:42 AM
**To:** "Johnson, Matthew" <Matthew.Johnson@iqor.com>

HI MATT,

THE BEACH WAS PERFECT BUT YOUR THE ONE MAKING THE BIG BUCKS IN THE BIG APPLE....LOL. WE HAVE A VERY CONGESTED SITUATION NOW UNTIL AFTER EASTER THEN THINGS THIN OUT......

OK...TO ANSWER YOUR QUESTION......

# 15 U.S. Code § 1692e AND 1692e(2)(A) AND 1692(e)(10) - False or misleading representations

A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section:

(2) The false representation of— (A) the character, amount, or legal status of any debt; or

(10)The use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain any information concerning a consumer.

# 15 U.S. Code § 1692f - Unfair practices,A DEBT COLLECTOR MAY NOT USE UNFAIR OR UNCONSCIONABLE MEANS TO COLLECT OR ATTEMPT TO COLLECT ANY DEBT.

# ALSO FLORIDA STATUTE 559.72(9)

(9)  Claim, attempt, or threaten to enforce a debt when such person knows that the debt is not legitimate, or assert the existence of some other legal right when such person knows that the right does not exist.


I DON'T OWE ANY DEBT (REAL OR IMAGINARY) TO YOUR CLIENT AND YOUR CLIENT CAN NOT PROVE I OWE THEM ANY DEBT(REAL OR IMAGINARY) .....

PLEASE RECONSIDER AND SAVE YOUR CLIENT COURT COSTS AND FEES AS WELL AS SAVING JUDICIAL RECOURSE'S.

PLEASE LET ME KNOW YOUR THOUGHTS AS SOON AS POSSIBLE.

BEST REGARDS,

JOE F.

STAY SAFE

---

**Johnson, Matthew** <Matthew.Johnson@iqor.com>                    Fri, Apr 18, 2014 at 10:29 AM
To: f <ktjo34684@gmail.com>


Ok, let me take a look at the account at issue and get back to you.


Sincerely,


Matt


**From:** f [mailto:ktjo34684@gmail.com]
**Sent:** Friday, April 18, 2014 8:42 AM

[Quoted text hidden]

Gmail - RE: Your complaint to Allied Interstate - Rule 408 settlement ...    https://mail.google.com/mail/u/0/?ui=2&ik=26a3a7d667&view=pt&sea...

[Quoted text hidden]

---

**f** <ktjo34684@gmail.com>                                           Fri, Apr 18, 2014 at 10:46 AM
To: PUTNCALL@cox.net


---------- Forwarded message ----------
From: **Johnson, Matthew** <Matthew.Johnson@iqor.com>
[Quoted text hidden]

---

**f** <ktjo34684@gmail.com>                                           Fri, Apr 18, 2014 at 10:50 AM
To: "Johnson, Matthew" <Matthew.Johnson@iqor.com>

OK....THANK YOU....
[Quoted text hidden]

---

**Johnson, Matthew** <Matthew.Johnson@iqor.com>                      Wed, Apr 23, 2014 at 12:08 PM
To: f <ktjo34684@gmail.com>


Hello,


Just an update, I am requesting records from GE concerning the account at issue. Once I receive them I'll be
in touch.


Sincerely,



Matthew B. Johnson

Vice President - Legal

Admitted in New York and Minnesota

iQor US Inc./Allied Interstate LLC/RMS (an iQor Corp)

335 Madison Ave, 27th Fl

New York, NY 10017

tel: 646.375.6114


All settlement communications are confidential and subject to Federal Rule of Evidence 408

**From:** f [mailto:ktjo34684@gmail.com]
**Sent:** Friday, April 18, 2014 10:50 AM

[Quoted text hidden]

[Quoted text hidden]

---

**f** <ktjo34684@gmail.com>                                   Wed, Apr 23, 2014 at 12:49 PM
To: "Johnson, Matthew" <Matthew.Johnson@iqor.com>

OK...THANK YOU
[Quoted text hidden]

---

**f** <ktjo34684@gmail.com>                                   Mon, May 12, 2014 at 9:20 AM
To: "Johnson, Matthew" <Matthew.Johnson@iqor.com>

HELLO M. JOHNSON

JUST A SHORT NOTE TO LET YOU KNOW I AM WAITING FOR YOUR EMAIL.....PLEASE LET ME KNOW

THANK YOU,

J. FORLIZZO
[Quoted text hidden]

---

**Johnson, Matthew** <Matthew.Johnson@iqor.com>              Mon, May 12, 2014 at 12:45 PM
To: f <ktjo34684@gmail.com>

Hello Mr. Forlizzo,


As I understand it you wanted evidence that you opened the account at issue. Attached is a document I received stating that your filled out a credit application and appearing to bear your signature. I hope that this is helpful.


Sincerely,



Matthew B. Johnson

Vice President - Legal

Admitted in New York and Minnesota

iQor US Inc./Allied Interstate LLC/RMS (an iQor Corp)

335 Madison Ave, 27th Fl

New York, NY 10017

tel: 646.375.6114


All settlement communications are confidential and subject to Federal Rule of Evidence 408


**From:** f [mailto:ktjo34684@gmail.com]
**Sent:** Monday, May 12, 2014 9:20 AM

[Quoted text hidden]

[Quoted text hidden]

---

📄 **Forlizzo, Joseph customer verification.pdf**
41K

---

f <ktjo34684@gmail.com>                                          Tue, May 13, 2014 at 8:56 AM
To: "Johnson, Matthew" <Matthew.Johnson@iqor.com>

GOOD MORNING,

SORRY FOR THE MISUNDERSTANDING....I WILL TAKE FULL RESPONSIBILITY FOR THAT......

THIS IS REALLY VERY SIMPLE....

1. PLEASE PROVIDE ME WITH THE CONTRACT, PLEDGE, AGREEMENT OR ARRANGEMENT BEARING
MY BONIFIED SIGNATURE WHICH PROVES I OWE YOUR CLIENT, ALLIED INTERSTATE, LLC. ANY DEBT.

2. PLEASE PROVIDE ME WITH THE CONTRACT, PLEDGE, AGREEMENT OR ARRANGEMENT BEARING A
BONIFIED SIGNATURE WHICH AUTHORIZES YOUR CLIENT, ALLIED INTERSTATE LLC, TO THE LEGAL
RIGHT TO COLLECT THIS ALLEGED DEBT.

I HOPE THIS SHOULD CLEAR UP MY QUESTIONS.....PLEASE GET BACK TO ME ASAP .....IF WE CAN
NOT COME TO ANY AGREEMENT THEN WE WILL LET A COURT AND JURY DECIDE......

THANK YOU AND REGARD,

JOE

[Quoted text hidden]

Case 8:14-cv-01389-MSS-AEP   Document 2   Filed 06/11/14   Page 29 of 36 PageID 52

---

**Johnson, Matthew** <Matthew.Johnson@iqor.com>                    Tue, May 13, 2014 at 10:42 AM
To: f <ktjo34684@gmail.com>

Hi Joe,


The FDCPA does not require us to provide such documentation. Most creditors store records electronically,
and as such, this is what is available. We will, however, continue to cease collections and return the account
to the creditor.


Sincerely,


Matt


Matthew B. Johnson

Vice President - Legal

Admitted in New York and Minnesota

iQor US Inc./Allied Interstate LLC/RMS (an iQor Corp)

335 Madison Ave, 27th Fl

New York, NY 10017

tel: 646.375.6114


All settlement communications are confidential and subject to Federal Rule of Evidence 408



**From:** f [mailto:ktjo34684@gmail.com]
**Sent:** Tuesday, May 13, 2014 8:57 AM

[Quoted text hidden]

[Quoted text hidden]

---

**f** <ktjo34684@gmail.com>                                        Tue, May 13, 2014 at 11:06 AM
To: "Johnson, Matthew" <Matthew.Johnson@iqor.com>

GOOD MORNING MATT,

YOU ARE CORRECT....THE FDCPA DOES NOT REQUIRE YOU TO PROVIDE THAT
INFORMATION.....HOWEVER, THE VIOLATIONS I QUOTED TO YOU PREVIOUSLY HAS TO DO WITH
YOUR CLIENTS BEHAVIOR ....THEY ARE TRYING TO COLLECT A DEBT WHICH THEY HAVE NO
AUTHORITY TO COLLECT......IF YOUR CLIENT IS TRYING TO COLLECT AN ALLEGED DEBT WHICH
THEY HAVE NOT AUTHORITY TO COLLECT THEN THAT IS A VIOLATION OF  FDCPA
1692e(2).....1692e(10) and 1692f....as well a  FCCPA 559.72(9).....


PLEASE BRING THIS TO YOUR CLIENT ONE FINAL TIME AND IF THEY REFUSE TO SETTLE THIS THEN
WE WILL LET THE PAPER WORK TAKE CARE OF ITSELF.....I WILL WAIT 24 HOURS THEN FILE THE
COMPLAINT IN THE COURTS....


BEST REGARD,

JOE F.
[Quoted text hidden]

---

**Johnson, Matthew** <Matthew.Johnson@iqor.com>                     Tue, May 13, 2014 at 11:08 AM
To: f <ktjo34684@gmail.com>

Hello,


We do have authority to collect. We contract with GE to collect debts for it and it places the debts with us for
collection. That is how I was able to obtain the document I sent you from GE. We do not purchase debt.


Sincerely,


Matt



Matthew B. Johnson

Vice President - Legal

Admitted in New York and Minnesota

iQor US Inc./Allied Interstate LLC/RMS (an iQor Corp)

335 Madison Ave, 27th Fl

Jmaii - RE: Your complaint to Allied Interstate - Rule 408 settlement ...     https://mail.google.com/mail/u/0/?ui=2&ik=20a5a7d06?&view=pt&ca...

New York, NY 10017

tel: 646.375.6114

All settlement communications are confidential and subject to Federal Rule of Evidence 408

**From:** f [mailto:ktjo34684@gmail.com]
**Sent:** Tuesday, May 13, 2014 11:07 AM

[Quoted text hidden]

[Quoted text hidden]

---

**Johnson, Matthew** <Matthew.Johnson@iqor.com>                    Tue, May 13, 2014 at 12:18 PM
To: f <ktjo34684@gmail.com>

Hello Mr. Forlizzo,

As I stated before, Allied does have the authority to collect the account at issue. Congress implicitly recognized this in passing the FDCPA – there would be no need to regulate collection agencies if collection agencies could not collect debts on behalf of creditors.

That said, in order to avoid needless litigation over this matter, I can offer $300 to settle any claims you believe that you have. Attached is a proposed release. If you would like to resolve this matter, please execute the release and return it to me along with an address to which to send the check.

Sincerely,

Matt

Matthew B. Johnson

Vice President - Legal

Admitted in New York and Minnesota

iQor US Inc./Allied Interstate LLC/RMS (an iQor Corp)

335 Madison Ave, 27th Fl

New York, NY 10017

tel: 646.375.6114

All settlement communications are confidential and subject to Federal Rule of Evidence 408

**From:** f [mailto:ktjo34684@gmail.com]
**Sent:** Tuesday, May 13, 2014 11:07 AM

[Quoted text hidden]

[Quoted text hidden]

---

 **Forlizzo, Joseph SAR.pdf**
98K

---

f <ktjo34684@gmail.com>                              Wed, May 14, 2014 at 8:40 AM
To: "Johnson, Matthew" <Matthew.Johnson@iqor.com>

Good Morning, Matt,

Thank you for your offer of $300.00 on a case worth $2000.00. Enclosed is Complaint drafted and will be filled with the clerk of the court on Monday the 19th,2014. I will get there after lunch time and if I don't hear from your client with a reasonable offer by then it will be filled . I have a second Complaint which I will file on Monday 26th, 2014 for another $2000.00 against your Client concerning an alleged debt for JP Morgan Chase Bank, N.A. (attached).

Both combined are a total of $4000.00 in statutory fines........I am willing to settle both of these at the same time. Think about it and if you want, please have your client make me a reasonable offer and save themselves court costs and fees........Please re-draft the settlement agreement to reflect a $4000.00 settlement and I will sign it and send check to

Joseph Forlizzo
2755 Curlew road #85
Palm Harbor, Florida, 34684

stay safe,

Joe, F.
[Quoted text hidden]

Case 8:14-cv-01389-MSS-AEP   Document 2   Filed 06/11/14   Page 33 of 36 PageID 56

**2 attachments**



**JP Morgan Chase letter 001.jpg**
338K

📄 **joe vs. allied interstate.docx**
22K

---

**Johnson, Matthew** <Matthew.Johnson@iqor.com>                    Wed, May 14, 2014 at 9:08 AM
To: f <ktjo34684@gmail.com>

Hello Mr. Forlizzo,

Your claim appears to be that we do not have the legal right to collect these debts. We do. Therefore my offer
is reasonable. I can go up to $500 to settle your claims. I cannot offer $4,000 on invalid claims.

Sincerely,

Matt
[Quoted text hidden]

|   <joe vs. allied interstate.docx>

|   <JP Morgan Chase letter 001.jpg>

---

**f** <ktjo34684@gmail.com>                                        Wed, May 14, 2014 at 9:39 AM
To: "Johnson, Matthew" <Matthew.Johnson@iqor.com>

Matt.....unless you have a judgement in a court of law there is no debt......only an alleged debt which your client
will have to prove exists......I deny that a debt exists and since your client could not or would not validate the
debt then the debt has not been proven and when  I asked you for your clients legal right to collect on this
alleged debt ,and although you write that you have it,  you will not or won't send it to me.....if you can send me a
judgement from a court of law and send me the contract, pledge, agreement or arrangement that gives your
client the legal right to collect,  this will all go away and sorry for the inconvenience.....your client will have to
prove these two issues......why not send it to me now and avoid all the costs?......

think about is and if your client reconsiders you have my time table for filing.......

stay safe,

Joe F.
[Quoted text hidden]

---

**f** <ktjo34684@gmail.com>                                    Wed, May 14, 2014 at 9:42 AM
To: "Johnson, Matthew" <Matthew.Johnson@iqor.com>

Matt, i can sure tell your a New Yorker, your a very tuff negotiator......will you be the one coming to Florida?....If
so I am in for a tuff fight.....lol......
[Quoted text hidden]

---

**Johnson, Matthew** <Matthew.Johnson@iqor.com>                Wed, May 14, 2014 at 12:03 PM
To: f <ktjo34684@gmail.com>

Hello,

To get all your claims against Allied resolved, I can offer $1,000. That's my final offer. Please let me know.

Sincerely,

Matthew B. Johnson

Vice President - Legal

Admitted in New York and Minnesota

iQor US Inc./Allied Interstate LLC/RMS (an iQor Corp)

335 Madison Ave, 27th Fl

New York, NY 10017

tel: 646.375.6114

All settlement communications are confidential and subject to Federal Rule of Evidence 408

**From:** f [mailto:ktjo34684@gmail.com]
**Sent:** Wednesday, May 14, 2014 9:43 AM

[Quoted text hidden]

[Quoted text hidden]

---

**f** <ktjo34684@gmail.com>                                    Wed, May 14, 2014 at 3:12 PM
To: "Johnson, Matthew" <Matthew.Johnson@iqor.com>

Case 8:14-cv-01389-MSS-AEP   Document 2   Filed 06/11/14   Page 35 of 36 PageID 58

HI MATT,

I KNOW WHAT ITS GOING TO COST YOUR CLIENT IN TIME AND TREASURY TO FIGHT THESE TWO
CASES IN COURT AND THIS CAN ALL BE AVOIDED SO THEIR ARE NO LOSERS .....BUT FOR THAT TO
HAPPEN IT HAS TO BE AN EQUITABLE DEAL FOR YOUR CLIENT AND FOR ME......

I DO NOT WANT THE COURT TO THINK THAT I AM NOT WILLING TO NEGOTIATE IN GOOD FAITH AND
WITH THAT IMPORTANT ISSUE IN FOCUS I AM WILLING AND ABLE TO SETTLE ALL CLAIMS AGAINST
YOUR CLIENT FOR
$2000.00.....

THIS IS MY FINAL OFFER AND IS CONDITIONAL UPON THE FOLLOWING:

1. YOU WRITE UP A NEW SETTLEMENT AGREEMENT REFLECTING THE AMOUNT AGREED ON AS
$2000.00. AND SEND IT TO ME TODAY TO SIGN.

2. I HAVE A CHECK FOR $2000.00 IN MY HANDS BY 5P.M. CLOSE OF BUSINESS ON FRIDAY MAY 16TH,
2014.

TAKING EVERYTHING INTO CONSIDERATION I FEEL CONFIDENT WE BOTH WILL WIN WITH THIS
AGREEMENT..

THINK ABOUT IT AND IF YOU CHOSE NOT TO SETTLE AT THIS JUNCTURE THEN WE WILL LET THE
COURT DECIDE....SAVE YOUR CLIENT A LOT OF MONEY AND LETS PUT THIS TO BED NOW.....

REGARDS, AND STAY SAFE

JOE F.

[Quoted text hidden]

---

**Johnson, Matthew** <Matthew.Johnson@iqor.com>                    Wed, May 14, 2014 at 3:22 PM
To: f <ktjo34684@gmail.com>

Hello Mr. Forlizzo,


The offer of $1,000 was my final offer. It remains open.


Sincerely,


Matt

Matthew B. Johnson

Vice President - Legal

Admitted in New York and Minnesota

iQor US Inc./Allied Interstate LLC/RMS (an iQor Corp)

335 Madison Ave, 27th Fl

New York, NY 10017

tel: 646.375.6114


All settlement communications are confidential and subject to Federal Rule of Evidence 408


**From:** f [mailto:ktjo34684@gmail.com]
**Sent:** Wednesday, May 14, 2014 3:13 PM

[Quoted text hidden]

[Quoted text hidden]