UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:14-cv-01389-MSS-AEP

JOSEPH FORLIZZO,

   Plaintiff,

v.

ALLIED INTERSTATE LLC,

   Defendant.

## DEFENDANT ALLIED INTERSTATE LLC'S DISCLOSURE PURSUANT TO FED.R.CIV.P. 7.1

Defendant Allied Interstate LLC ("Allied"), by and through undersigned counsel, files its Disclosure pursuant to Fed.R.Civ.P. 7.1 and states:

1.    Allied is a wholly-owned subsidiary of iQor, Inc.

2.    Allied is a privately held limited liability company and iQor, Inc. is a privately held corporation.

Dated this 18th day of June, 2014.

                                            **SLATKIN & REYNOLDS, P.A.**
                                            Attorneys for Allied Interstate LLC
                                            One East Broward Boulevard, Suite 609
                                            Fort Lauderdale, Florida 33301
                                            Telephone 954.745.5880
                                            Facsimile 954.745.5890
                                            Email: rreynolds@slatkinreynolds.com

                                            By: /s/ Robert F. Reynolds
                                                ROBERT F. REYNOLDS
                                                Fla. Bar No. 174823

Case No. 8:14-cv-01389-MSS-AEP

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing has been furnished the U.S. mail to Joseph Forlizzo, 2755 Curlew Road, #85, Palm Harbor, Florida, 34684 on this 18th day of June, 2014.

/s/ Robert F. Reynolds<br>ROBERT F. REYNOLDS